IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-61503-CIV-COHN/SELTZER

ROBERT SHAVE,

    Plaintiff,

vs.

STANFORD COINS & BULLIONS, INC.,

    Defendant.

_____/

## ORDER STAYING CASE DUE TO RECEIVERSHIP ACTION

THIS CAUSE is before the Court upon Defendant's Notice of Stay [DE 18] and Plaintiff's Response to Order to Show Cause [DE 22]. The Court has carefully considered the filings and is otherwise fully advised in the premises.

On June 19, 2009, this Court entered an order granting in part and denying in part Defendant's Motion to Dismiss the Complaint. In the same order, the Court directed Plaintiff to respond to Defendant's Notice of Stay and the orders regarding the receivership of Defendant's related entities. Plaintiff has now responded and does not oppose the entry of a stay until further order of this Court or from the United States District Court for the Northern District of Texas. Plaintiff requested that the Court "equitably toll" the time period from the date the Receivership Order was entered until today's date. To the extent Plaintiff is reserving the right to conduct discovery if this claim is not resolved in the receivership action in Texas, the Court would allow such discovery if needed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     This action is hereby **STAYED**, pursuant to the orders entered by the United

   Stated District Court for the Northern District of Texas;

2.  The Clerk may close this case for statistical purposes;

3.  Counsel shall file a joint status report with this Court by November 16, 2009 on the status of the claim in the receivership action.

  **DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida, this 16th day of July, 2009.

           /s/ James I. Cohn
           JAMES I. COHN
           United States District Judge

Copies furnished to:

Scott L. Silver, Esq.
Jeffrey L. Cox, Esq.
Jonathan Butler, Esq.
Ronald Shindler, Esq.